# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARENCE YATES,** | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:CV-15-0756 |
| **SECRETARY JOHN WETZEL,** *et al.*, | : | (Judge Caputo) |
| Defendants | : | |

# O R D E R

**AND NOW,** this **3rd** day of **SEPTEMBER, 2015**, it is **ORDERED** that Plaintiff's Motion for Appointment of Counsel (Doc. 20) is **DENIED**.

                                                        **/s/ A. Richard Caputo**
                                                        **A. RICHARD CAPUTO**
                                                        **United States District Judge**