**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CLARENCE YATES,          :
                                        :

      **Plaintiff**          :
                                        :      **CIVIL NO. 3:CV-15-0756**

  **v.**                         :
                                        :      **(Judge Caputo)**

SECRETARY JOHN WETZEL, *et al.*,  :
                                        :

      **Defendants**     :

**O R D E R**

    **AND NOW**, this **7th** day of **AUGUST**, **2017**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1.    The DOC Defendants' (Martin and Wetzel) Motion to Dismiss the Complaint (ECF No. 16) is **GRANTED**.

2.    Dr. Stanish's Motion to Dismiss the Complaint (ECF No. 32) is **GRANTED**.

3.    Due to Mr. Yates' failure to exhaust his available administrative remedies he will not be granted leave to file an amended complaint.

4.    The Clerk of Court is directed to **CLOSE** this case.

                                       **/s/ A. Richard Caputo**
                                       **A. RICHARD CAPUTO**
                                       **United States District Judge**