# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLARENCE YATES,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:CV-15-0756** |
| v. | : |
| | : **(Judge Caputo)** |
| **SECRETARY JOHN WETZEL,** *et al.,* | : |
| **Defendants** | : |

# O R D E R

**AND NOW**, this **8th** day of **MARCH 2018**, upon consideration of Mr. Yates' Motion for Reconsideration (ECF No. 63) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Yates' Motion for Reconsideration (ECF No. 63) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**